**Appeal No. 2020AP1593**

**STATE OF WISCONSIN**

Cir. Ct. No. 2019CV115

**IN COURT OF APPEALS**

**DISTRICT III**

STEVE COLUMB AND NORB COLUMB,

    PLAINTIFFS,

  V.

GREGORY COX AND KATHERINE COX,

    DEFENDANTS-THIRD-PARTY
    PLAINTIFFS-APPELLANTS,

  V.

BAY TITLE & ABSTRACT, INC. AND BUDDE FIFAREK,

    THIRD-PARTY DEFENDANTS,

WFG NATIONAL TITLE INSURANCE COMPANY,

    THIRD-PARTY DEFENDANT-RESPONDENT,

PETER L. PUTIRSKIS AND DEBORAH ANN PUTIRSKIS,

    THIRD-PARTY DEFENDANTS-CO-APPELLANTS.

FILED

July 28, 2022

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Jane M. Sequin
Circuit Court Commissioner
Electronic Notice

Sheila Dudka
Clerk of Circuit Court
Marinette County Courthouse
Electronic Notice

R. George Burnett
Electronic Notice

Kim A. Coggins
Electronic Notice

Malinda Jane Eskra
Electronic Notice

Brian T. Flood
Electronic Notice

Bridget Hubing
Electronic Notice

David P. Spangenberg
Electronic Notice

Kurtis A. Wieting
Electronic Notice


PLEASE TAKE NOTICE that corrections were made to paragraph 35 in the above-captioned opinion which was released on June 7, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.